1  JAIRO SEQUEIRA
2  24610 Town Center Drive, #5103
   Valencia, CA 91355
3  Tel. (818) 714-4676
4  Email: soyjairosequeira@gmail.com
5  Petitioner, In Pro Per

FILED
2013 JUL 15 PM 4:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO SEQUEIRA, A Citizen of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>THE REPUBLIC OF NICARAGUA, a foreign Country, CITY OF CHINANDEGA, a political subdivision of the foreign Country of The Republic of Nicaragua, CITY OF EL VIEJO, a political subdivision of the foreign state of The Republic of Nicaragua, CODEMET NICARAGUA SOCIEDAD ANONIMA, S.A., d.b.a. CODEMET INTERNATIONAL, INC., a business entity engage in business in the United States, CONCENTRADOS SUPERIORES S.A., a business entity, AMINTA ELENA GRANERA SACASA, an individual, Director of the National Police Department of the Republic of Nicaragua, MANUEL ZAMBRANA, an individual, Chief of Managua's Police Department VI District, SANTIAGO CRUZ, an | CASE NO:<br>CV13-04332 DMG (FFMx)<br><br>DECLARATION OF JAIRO SEQUEIRA IN OPPOSITION TO DEFENDANT CODEMET NICARAGUA SOCIEDAD ANONIMA S.A's MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Pursuant to<br>[Initial Standing Order, ¶5]<br>[L.R. 7-3] |

-1-
DECLARATION OF JAIRO SEQUEIRA IN OPPOSSITION TO DEFENDANT CODEMET SOCIEDAD ANONIMA S.A.'a MOTION
TO DISMISS PLAINTIFF'S COMPLAINT                     CASE NO. CV13-04332 DMG (FFMX)

individual, Commissioner of Managua's Police Department VI District, FRANCISCO AGUILERA FERRUFINO, an individual, Chief of Police of Chinandega, ALI BOANERGE ESPINOZA JUAREZ, an individual, Chief of Police Department of the City of El Viejo.

Defendants

# DECLARATION OF JAIRO SEQUEIRA

I, Jairo Sequeira, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. I filed a Summons and Complaint against defendant CODEMET SOCIEDAD ANONIMA, S.A. d.b.a. CODEMET INTERNATIONAL INC., ("CODEMET") described herein on June 17, 2013, (ECF, Docket Entry #1).

3. Defendant CODEMET was served with the Summons and Complaint pursuant to 4(e)(2)(C) of the Federal Rules of civil Procedure on June 19, 2013, as evidenced by the Certificate of Service on file with this Court (Exhibit A).

4. The Court fixed a deadline for filing an answer or motion on July 10, 2013.

5. On July 3, 2013, two weeks after Defendant CODEMET's attorney and Representative, Mark E. Fried was served, Mr. Fried contacted me via email acknowledging that he was personally served with the Summons and Complaint on June 19, 2013, and that he checked the Court's Docket and as a CODEMET's attorney requested a 15 day extension without providing me any good cause to grant him the extension. I told him in my reply email *inter alia* that this Court has a strong interest in keeping scheduled dates certain. Changes in dates are

disfavored.... Therefore, a stipulation to continue or extend the date of any matter before this Court must be supported by a sufficient factual basis that demonstrates good cause why the change in the date is essential. Without such compelling factual support, stipulation continuing dates set by the Court will not be approved. Counsel requesting a continuance or extension of time must electronically file a stipulation and lodge a proposed order including a detailed declaration of the ground for the requested continuance or extension of time. Failure to comply with the Local Rules and this Order will result in rejection of the request without further notice to the parties." As you are aware, the deadline for filing an answer is July 10, 2013 per court order. (Please see Exhibit B).

6. On July 8, 2013, I received a phone call from Mr. Richard Lloyd Sherman (Mr. "Sherman") and told me that he was working together with attorney, Mr. Mark E. Fried in the matter of Jairo Sequeira vs. The Republic of Nicaragua. When I asked him which party he was representing, he said at first that he was not sure but that he was working together with attorney Mark E. Fried, so we both assumed that it was CODEMET because Mark E. Fried is CODEMET's attorney whom previously requested an extension. (See Exhibit C).

7. Mr. Sherman requested an extension to file a motion. I asked him if Mr. Fried sent him the letter that I sent to him concerning requesting an extension. Mr. Sherman said he did not. Thus, I forwarded him the email that I sent to Mr. Fried. Mr. Sherman said he received it and that he would get back to me later on after he had read it. Later that same day Mr. Sherman told me that it was not appropriate to settle CODEMET's and my differences out of court and most of our conversation was about ADR and stating that the Local Rules require me to give him a 7 day extension without good cause, to which I disagreed. He then said he would call me later to discuss matters further. (Exhibit C).

8. Mr. Sherman and I agreed to Meet and Confer on July 9, 2013 at 2:00

-3-

DECLARATION OF JAIRO SEQUEIRA IN OPPOSSITION TO DEFENDANT CODEMET SOCIEDAD ANONIMA S.A.'a MOTION TO DISMISS PLAINTIFF'S COMPLAINT                             CASE NO. CV13-04332 DMG (FFMX)

1  p.m. to discuss the substance of the motion he was planning to file and that he was
2  going to send me the authorities and the arguments he was going to base the
3  motion. Mr. Sherman never did send me the authorities nor the arguments he was
4  planning to file. (Exhibit C).

5  9. On July 9, 2013, Mr. Sherman sent me an email stating that there was no
6  need to talk unless I granted him an extension and threatened to bring this issue
7  before the Court. (Exhibit C).

8  10. On July 9, 2013, I sent a reply to Mr. Sherman to call me at 4:30 p.m. so
9  we could discuss the substance of his motion and attempt to reach a resolution
10 pursuant to L.R.7-3. Mr. Sherman replied was that he would try to call me but was
11 not sure if he could because he was in meetings all afternoon.

12 11. On July 10, 2013, Mr. Sherman filed electronically at 4:33 p.m. motion
13 to dismiss in violation of L.R. 7-3., in violation of the Initial Standing Order ¶5, in
14 violation of F.R. Civ. P. 12(3) and 11 (b).

15 12. Defendant CODEMET's attorneys were required to comply with Local
16 Rule 7-3 to meet and confer 10 days prior to filing any contemplated Motion and I
17 reminded each of them several times to comply with Local Rule 7-3. (Exhibit C).
18 However, they did not do so.

19 13. As of the date of filing this Request For Entry Of Default, Defendant
20 CODEMET has not meet and confer with me as required by Local Rule 7-3.

21 I declare under the penalty of perjury that the foregoing is true and correct.
22 Executed on July 15, 2013, in Los Angeles, California.

23                                          Respectfully submitted
24 Dated: 7/15/13
25                                          BY /s/ Jairo Sequeira
26                                          JAIRO SEQUEIRA
                                            Plaintiff, in Pro Per.
27
28

**EXHIBIT A**

**JAIRO SEQUEIRA vs. THE REPUBLIC OF NICARAGUA**

1  JAIRO SEQUEIRA
2  24610 Town Center Drive, #5103
   Valencia, CA 91355
3  Tel. (818) 714-4676
4  Email: soyjairosequeira@gmail.com
5  Petitioner, In Pro Per

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | JAIRO SEQUEIRA, A Citizen of the    )   CASE NO:
12 | United States of America             )   CV13-04332 DMG (FFMx)
                                          )
13 |                                      )
14 |         Plaintiff,                   )   CERTIFICATE OF SERVICE
                                          )
15 |                                      )   (1). Civil Cover Sheet;
            vs.                           )
16 |                                      )   (2). Summons;
                                          )
17 | THE REPUBLIC OF NICARAGUA, a        )   (3) Complaint with its Exhibits;
     foreign Country, et. al.             )
18 |                                      )   (4). Notice To Parties of Court-
                                          )        Directed ADR Program;
19 |                                      )
                                          )   (5). Notice to Parties: Court Policy
20 |                                      )        on Settlement and Use of
                                          )        Alternative Dispute Resolution
21 |                                      )        (ADR);
                                          )
22 |         Defendants                   )   (6). Notice of Assignment to
23 |                                      )        United States Magistrate
                                          )        Judge for Discovery
24 |                                      /
25

26

27                        **CERTIFICATE OF SERVICE**

28       I, the undersigned, declare that I am over the age of 18 and not a party to

-1-
COMPLAINT

1 this action. I am employed in the County of Miami Dade, State of Florida. My
2 residence address is 6351 West 16th Avenue, Hialeah, Florida. 33012.
3   On the date below, I served a copy of the following documents entitled: **(1).
4 Civil Cover Sheet; (2). Summons; (3) Complaint with its Exhibits; (4). Notice
5 To Parties of Court-Directed ADR Program; (5). Notice to Parties: Court
6 Policy on Settlement and Use of Alternative Dispute Resolution (ADR); (6).
7 Notice of Assignment to United States Magistrate Judge for Discovery** on the
8 following interested party:

9
   *Mark E. Fried, Agent For Service*
10 *Of Process of Defendant:*
   *CODEMET NICARAGUA*
11 *SOCIEDAD ANONIMA, S.A. d.b.a.*
12 *CODEMET INTERNATIONAL*
   *INC., 1110 Brickell, Suite 310,*
13 *Miami, Florida, 33131.*
14

15           **Served by Means Other Than The Court's CM/ECF System**
16

17   ☒ BY PERSONAL SERVICE: I personally delivered the document(s)
18 listed above at <u>12. 14 p. m.</u> on <u>June 19</u>, 2013 to the above-stated address.
19   The name of the person I served the above document is/was: **Mark. E.**
20 **FRIED**       who told me to be an authorized agent to accept service of process
21 and notifications on behalf of: <u>CODEMET NICARAGUA SOCIEDAD</u>
22 <u>ANONIMA, S.A.</u> ***d.b.a. CODEMET INTERNATIONAL INC***.
23

24   ☒ <u>FEDERAL</u> I declare under penalty of perjury, under the laws of the
25 United States of America, that the foregoing is true and correct.
26   Executed on June 19, 2013, in Hialeah, Florida.
27                                                                          _____
28                                                                          Gloria F. Guardado

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

JAIRO SEQUEIRA, a Citizen of the United States of America

Plaintiff(s),

v.

THE REPUBLIC OF NICARAGUA, a foreign Country, CITY OF CHINANDEGA, a political subdivision of the foreign Country of The Republic of Nicaragua, CITY OF EL VIEJO, a political subdivision of the foreign state of The Republic of Nicaragua, CODEMET NICARAGUA SOCIEDAD ANONIMA, S.A., d.b.a. CODEMET INTERNATIONAL, INC., a business entity engage in business in the United States, CONCENTRADOS SUPERIORES S.A., a business entity, AMINTA ELENA GRANERA SACASA, an individual, Director of the National Police Department of the Republic of Nicaragua, MANUEL ZAMBRANA, an individual, Chief of Managua's Police Department VI District, SANTIAGO CRUZ, an individual, Commissioner of Managua's Police Department VI District, FRANCISCO AGUILERA FERRUFINO, an individual, Chief of Police of Chinandega, ALI BOANERGE ESPINOZA JUAREZ, an individual, Chief of Police Department of the City of El Viejo.

Defendant(s).

Civil Action No. **CV13-04332-DMG(FFMx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CODEMET NICARAGUA SOCIEDAD ANONIMA S.A., d.b.a. CODEMET INTERNATIONAL INC., LOCATED AT: AGENT FOR SERVICE OF PROCESS—FRANK MARK E. 1110 BRICKELL, SUITE 700, MIAMI, FL 33131.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAIRO SEQUEIRA, 24610 TOWN CENTER DRIVE #5103, VALENCIA, CA 91355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Date: JUN 17 2013

CLERK OF COURT
ANDRES PEDRO

1202

JAIRO SEQUEIRA vs. THE REPUBLIC OF NICARAGUA

# JAIRO SEQUEIRA

July 6, 2013

Mark E. Fried
1110 Brickell Avenue, Suite 310
Miami, Florida 33131

      Re: Extension of Time concerning Sequeira vs. The Republic of Nicaragua, et.al.
          Case No.: CV13-04332 DMG (FFMx)

Dear Mr. Fried:

      I received your request for an extension of 15 days to either file an answer or a motion. First, pursuant to the Initial Standing Order that was served personally at your office, it states: "This Court has a strong interest in keeping scheduled dates certain. Changes in dates are disfavored.... Therefore, a stipulation to continue or extend the date of any matter before this Court must be supported by a sufficient factual basis that demonstrates good cause why the change in the date is essential. Without such compelling factual support, stipulation continuing dates set by the Court will not be approved. Counsel requesting a continuance or extension of time must electronically file a stipulation and lodge a proposed order including a detailed declaration of the ground for the requested continuance or extension of time. Failure to comply with the Local Rules and this Order will result in rejection of the request without further notice to the parties." As you are aware, the deadline for filing an answer is July 10, 2013 per court order.

      Your request for an extension of time based on your assumption that the Certificate of Service and Proof of Service are voidable, is not Good Cause to grant an extension of time. You have admitted in your letter that you have actual notice and constructive knowledge that there is a pending lawsuit, giving you plenty of time to respond. There is an abundance of case-law that supports that once a party has actual notice that there is a pending lawsuit, it is the obligation of the party to respond on time.

On the other hand, if we were to seriously pursue reaching a Settlement Agreement, it would demonstrate Good Cause for the change in the date. It is the policy of this Court to encourage settlement of civil litigation when it is in the best interest of the parties. This Court favors any reasonable means, including alternative dispute resolution, (ADR), to accomplish this goal. See Civil L.R. 16-15.1. (Notice to Parties of Court Directed ADR Program). This Court requires that you, counsel, discuss with your client, CODEMET, the ADR options available to them.

My settlement offer is as follows:

1. CODEMET pays half of the rent due up front as a good faith act. The other half is paid in monthly payments.

2. CODEMET pays half of the rent due for the usage of my equipment up front as a good faith act and I am willing to forgive the remainder as long as payments for the continued usage of the equipment are made on time.

3. I will not prosecute Mr. Idrovo in Criminal Court in Nicaragua nor internationally under jus cogens violations.

4. A settlement agreement must be accepted prior to your filing any documents with the court. Engagement in further litigation will cause this settlement offer to increase as a result of additional expenses incurred.

Settling out of court can reduce both the time it takes to resolve a case and the costs of litigation, which can be substantial. This settlement offer is open for negotiation.

Sincerely Yours,

Jairo Sequeira

**MARK E. FRIED**
PROFESSIONAL ASSOCIATION
ATTORNEY AT LAW
1110 BRICKELL AVENUE
SUITE 310
MIAMI, FLORIDA 33131

Telephone (305) 371-7079
Facsimile (305) 371-5727

E-Mail: mfried@markfriedlaw.com

July 3, 2013

Mr. Jairo Sequeira
2410 Town Center Drive, #5103
Valencia, CA 91355
Via email: soyjairosequeira@gmail.com

  Re: Sequeira vs. The Republic of Nicaragua, et.al.
    Case No.: CV13-04332 DMG (FFMx)

Dear Mr. Sequeira:

On or about June 19, 2013, the above referenced summons and complaint was delivered to my office. I read the Certificate of Service and the Proof of Service, Document 6, filed in case. Gloria F. Guardado signed the Certificate of Service stating that she personally delivered the document(s) to Mark E. Fried. The Proof of Service is signed by Gloria E. Romero Guardado. In either case, the person that came to my office was not a woman.

It appears that the Certificate of Service and the Proof of Service are voidable. Whether or not the Service is valid, I am requesting an extension of time to serve an answer or a motion of 15 days. Please let me know if you consent to the request.

Very truly yours,

MARK E. FRIED, P.A.

By: *Mark E. Fried*
  Mark E. Fried

**EXHIBIT C**

**JAIRO SEQUEIRA vs. THE REPUBLIC OF NICARAGUA**

Richard Sherman  Jul 8 (2 days ago)

to me

Thanks for the email. I do not believe that it is appropriate to negotiate for a week extension since the Local Rules require 7 day grace period. I will call you in 5 minutes to discuss further.
Richard

# RICHARD LLOYD SHERMAN

## SHERMAN LAW GROUP
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

9454 Wilshire Blvd., Suite 850

Beverly Hills, California 90212

Telephone     (310) 246-0321

Facsimile     (310) 246-0305

EMAIL: richard@shermanlaw.biz


JAIRO SEQUEIRA <soyjairosequeira@gmail.com>  Jul 8 (2 days ago)

to Richard

Mr. Sherman,

Would you please send me a proof of representation of the party you are representing. I need this as soon as possible and not later than six O'clock today. Please don't forget to send me the case law you are basing your motion on. I will need to have that prior to our phone conference tomorrow at 2 p.m. Regardless of the issue of an extension, this Court favors any reasonable means, including alternative dispute resolution, (ADR), to accomplish settlement. See Civil L.R. 16-15.1. (Notice to Parties of Court Directed ADR Program). This Court requires that you, counsel, discuss with your client, CODEMET, the ADR options available to them. Thank you.

1

JAIRO SEQUEIRA <soyjairosequeira@gmail.com>   Jul 9 (1 day ago)

to Richard

Mr Sherman, I still have not received from you the proof of representation nor any information regarding the motion you intend to file. Please be aware that it would be a waste of my time and energy to discuss this case further with you while there remains this confusion as to whom is truly representing CODEMET. It also concerns me that yesterday on the phone you told me that you did not know whom you were representing and that you had not read the case. In an effort to avoid wasting my time and energy, I feel it would be unwise to discuss anything further with you until I have received the information. You have not yet sent me proof of representation nor the substance of the contemplated motion in order for us to discuss the motion and attempt to reach a potential resolution. I am postponing our phone conference until 4:30 p.m today to give you a chance to comply with L.R. 7-3 and clarify representation. Thank you, Jairo Sequeira

Richard Sherman   Jul 9 (1 day ago)

to me

As I advised you, I represent Codemet, no other defendants. I would like a 3 day extension to file my Motion to Dismiss. Will you grant it since I was just retained yesterday? If you are unwilling to grant such a short extension, then there is no need for us to talk at 2:00 p.m. Please be assured that I will bring this matter to the Court's attention. Richard Sherman.

## RICHARD LLOYD SHERMAN

## SHERMAN LAW GROUP
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

9454 Wilshire Blvd., Suite 850
Beverly Hills, California 90212
Telephone     (310) 246-0321
Facsimile      (310) 246-0305
EMAIL: richard@shermanlaw.biz

2

JAIRO SEQUEIRA <soyjairosequeira@gmail.com>   Jul 9 (1 day ago)

to Richard

Mr. Sherman,

Thank you for clarifying representation. If you plan to file a motion please call me at 4:30 p.m., so we can discuss the substance of your motion and attempt to reach a resolution in accordance with L.R. 7-3. An extension is unnecessary because CODEMET's other attorney who you have been in contact with has had the last 20 days to prepare.

Richard Sherman   Jul 9 (1 day ago)

to me

I will try but I am in meetings all afternoon.

**From:** JAIRO SEQUEIRA [mailto:soyjairosequeira@gmail.com]
**Sent:** Tuesday, July 09, 2013 10:39 AM
**To:** Richard Sherman
**Subject:** Re: E-mail of representation

## Sequeira v. Republic of Nicaragua et al.: Filings of Codemet Nicaragua Sociedad Anonima, S.A.

Inbox x

Abhay Khosla <Abhay@shermanlaw.biz>   5:00 PM (1 hour ago)

to me, Richard

Mr. Sequeira:

Attached please find the Notice of Motion and Motion to Dismiss the Complaint, Memorandum of Law, and Certificate of Interested Parties filed by Defendant Codemet Nicaragua Sociedad Anonima S.A. on today's date. Copies of these pleadings are forthcoming by mail.

Very truly yours,
Abhay Khosla
**Sherman Law Group**
(310) 246-0321

3