1  RICHARD LLOYD SHERMAN, ESQ. (STATE BAR NO. 106597)
   ABHAY KHOSLA, ESQ. (STATE BAR NO. 223555)
2  **SHERMAN LAW GROUP**
3  9454 Wilshire Boulevard, Suite 850
   Beverly Hills, California 90212-2911
4  Telephone: (310) 246-0321
   Facsimile: (310) 246-0305
5
6  Attorneys for Defendants CODEMET NICARAGUA
   SOCIEDAD ANONIMA, S.A. and
7  CONCENTRADOS SUPERIORES S.A.,

8
              UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAIRO SEQUEIRA, a citizen of the United States of America, | CASE NO. CV13-04332 DMG (FFMx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| THE REPUBLIC OF NICARAGUA, a foreign Country, CITY OF CHINANDEGA, a political subdivision of the foreign country of the Republic of Nicaragua, CITY OF EL VIEJO, a political subdivision of the foreign state of the Republic of Nicaragua, CODEMET NICARAGUA SOCIEDADA ANONIMA, S.A. DBA CODEMET INTERNATIONAL, INC., a business entity engaged in business in the United States, CONCENTRADOS SUPERIORES S.A., a business entity, AMINTA ELENA GRANERA SACASA, an individual, MANUEL ZAMBRANA, an individual, SANTIAGO CRUZ, an individual, FRANCISCO AGUILERA FERRUFINO, an individual, ALI BOANERGE ESPINOZA JUAREZ, an individual, | Judge: Hon. Dolly M. Gee<br>Ctrm.: "7" |
| Defendants. | |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on or about December 27, 2013, plaintiff Jairo Sequiera, and defendants Codemet Nicaragua Sociedad Anonima, S.A. ("***Codemet***") and Concentrados Superiores S.A. ("***Consa***") (Codemet and Consa are hereinafter referred to as "***Defendants***"), through their attorneys of record Sherman Law Group, reached a settlement which will be hopefully finalized in fifteen (15) days. Upon completion of their mutual obligations under the Settlement Agreement and General Release, an executed Stipulation of Dismissal of the action as to Codemet and Consa will be filed. Sequiera, Codemet and Consa are hereinafter collectively referred to as the "***Parties***."

In accordance with Local Rule 16-15.7 and paragraph 17 of this Court's Procedures and Schedules, the Parties wish to notify this Court of the settlement and relieve this Court of its obligations pursuant to this litigation.

**WHEREAS**, the Settlement is intended by the Parties to be a full and complete settlement and compromise of the dispute and a full, complete and general release of any and all claims that Sequiera may have against Codemet and Consa;

In view of the foregoing, this Court is requested to vacate all pending due dates and take off-calendar all hearing dates presently pending as it relates only to Codemet and Consa.

Dated: December 30, 2013               **SHERMAN LAW GROUP**

                                       By: *Richard Lloyd Sherman*
                                       RICHARD LLOYD SHERMAN, ESQ.
                                       Attorneys for Defendants CODEMET NICARAGUA
                                       SOCIEDAD ANONIMA, S.A. and
                                       CONCENTRADOS SUPERIORES S.A.

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction this service was made. My business address is: 9454 Wilshire Boulevard, Suite 850, Beverly Hills, California 90212.

On **December 30, 2013,** I served the **NOTICE OF SETTLEMENT** upon the following party in this action as follows:

**JAIRO SEQUEIRA**
**24610 TOWN CENTER DRIVE, #5103**
**VALENCIA, CA 91355**

X   **(By Mail)**   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the UNITED STATES POSTAL SERVICE on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

X   **(Via E-Mail)** I e-mailed such documents to the e-mail address soyjairosequeira@gmail.com.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

**Executed on December 30, 2013, at Beverly Hills, California.**

_____
Abhay Khosla