Jairo Sequeira
24610 Town Center Dr #5703
Valencia, CA 91355
(818) 714-4676

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAIRO SEQUEIRA, A Citizen of the United States of America

Plaintiff(s),

v.

The Republic of Nicaragua, a foreign Country; et. al.

Defendant(s).

CASE NUMBER

CV13-04332 DMG (FFMx)

NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ ONLY Defendant(s) Concentrados Superiores S.A.; CODEMET Nicaragua Sociedad Anonima d.b.a. CODEMET INTERNATIONAL INC.; Fernando Luis Idrovo Triviño; Jose Carlos Pere Febres. Cordero is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Jairo Sequeira .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure. (Without Prejudice).

1/12/14
Date

_____
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

I, _Sara Lopez_ (name), declare as follows. I am over the age of 18 years. My address is:

_23293 Ventura Boulevard_
_Woodland Hills, CA 91364_

On _1-13-14_ (date), I served the foregoing document described as:

_NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R. Civ. P._

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in _Los Angeles, CA_, addressed to:
(city, state)

_Richard Lloyd Sherman_ (name)        _Jeffrey B. Valle_ (name)
_9454 Wilshire Blvd. #850_ (address)   _11911 San Vicente Blvd #324_ (address)
_Beverly Hills, CA 90212_ (address)    _Los Angeles, CA 90049_ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-13-14_        at _Woodland Hills, CA_.
(date)                    (place of signing)

_____ (signature)
_Sara Lopez_ (name)