Paul S. Reichler (admitted *Pro Hac Vice*)
*PReichle@foleyhoag.com*
Andrew Z. Schwartz (admitted *Pro Hac Vice*)
*AZS@foleyhoag.com*
Janis H. Brennan (admitted *Pro Hac Vice*)
*JBrennan@foleyhoag.com*
Nicholas M. Renzler (admitted *Pro Hac Vice*)
*NRenzler@foleyhoag.com*
FOLEY HOAG LLP
1717 K Street, NW
Washington, DC  20006-5350
Telephone: 202-223-1200
Facsimile: 202-785-6687

FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617-832-1000
Facsimile: 617-832-7000

Jeffrey B. Valle (CA Bar No. 110060)
jvalle@vallemakoff.com
VALLE MAKOFF LLP
11911 San Vicente Blvd., Ste. 324
Los Angeles, CA  900049
Telephone:  310-476-0300
Facsimile:  310-476-0333

*Attorneys for Defendants Republic of Nicaragua,
the City of Chinandega, and the City of El Viejo*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAIRO SEQUEIRA, Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF NICARAGUA, CITY OF CHINANDEGA, and CITY OF EL VIEJO,<br>          Defendants. | **CASE NO:  2:13-cv-04332-DMG-FFM**<br><br>**Judge:  Hon. Judge Dolly M. Gee**<br><br>**[SPECIAL APPEARANCE]**<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT WITH PREJUDICE**<br><br>**Date:  April 13, 2018<br>Time:  9:30 a.m.<br>Ctrm:  8C** |

---
NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT

PLEASE TAKE NOTICE that on April 13, 2018, at 9:30 a.m. or as soon thereafter as they may be heard before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, CA, 90012, Defendants the Republic of Nicaragua, City of Chinandega, and City of El Viejo (collectively, "Defendants") will move this Court for an order dismissing the Third Amended Complaint. Defendants will move for an order pursuant to, *inter alia*: Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction over the subject matter; Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction; Fed. R. Civ. P. 12(b)(3) for improper venue; and for such other and further relief as the Court deems appropriate.

This Motion is made following the conference of counsel (with Plaintiff acting in pro per) pursuant to Local Rule 7-3, which took place on March 1, 2018.

This Motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in support; the declarations of María Xiomara Mena Rosales, Carlos Iván Martínez González, Aura Lyla Padilla Álvarez, Ivania Fidelia Ochoa Siria, Mivelda del Socorro Zavala Pérez, María del Tránsito Guevara Rodas, José Adrián Arias Ruiz, Olivia Margarita Cano Bustamante, Nicholas Renzler, Andrew Schwartz, in support; the expert reports of Ana Teresa Rizo Briceño and Dr. Karlos Navarro in support; all cited authorities, pleadings, and papers on file in this action; and such oral argument and other evidence and/or argument as the Court shall consider at the time of or otherwise in connection with any hearing on this Motion or otherwise.

Dated: March 8, 2018      By:   /s/ Andrew Z. Schwartz

Paul S. Reichler (adm. Pro Hac Vice)
Andrew Z. Schwartz (adm. Pro Hac Vice)
Janis H. Brennan (adm. Pro Hac Vice)
Nicholas M. Renzler (adm. Pro Hac Vice)
FOLEY HOAG LLP

1 /s/ Jeffrey B. Valle

2 Jeffrey B. Valle (CA Bar No. 110060)
VALLE MAKOFF LLP

3

4 *Attorneys for Defendants Republic of Nicaragua, the City of Chinandega, and the City of El Viejo*

5