FILED

2018 APR -5 PM 2:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

1 | JAIRO SEQUEIRA
2 | 24610 Town Center Drive, #5103
    Valencia, CA 91355
3 | Tel. (818) 714-4676
    Email: soyjairosequeira@gmail.com
4 | Petitioner, In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JAIRO SEQUEIRA, A Citizen of the United States of America | ) CASE NO: CV13-04332 DMG (FFMx) |
|---|---|
| Plaintiff, | ) PLAINTIFF'S REQUEST TO STRIKE Exhibit 1 [Doc. No. 138-3]; Exhibit 6 [Doc. No. 138-6]; Exhibit 15 [Doc. No. 138-8]; Exhibit 2 [Doc. No. 138-13]; Exhibit 1 [Doc. No. 138-19]; and Exhibit 5 [Doc. No. 138-21] |
| vs. | ) Date: |
| THE REPUBLIC OF NICARAGUA, a foreign Country; et. al. | ) Time: |
| Defendants | ) Judge: Hon. Dolly M. Gee<br>) Ctrm: |

Plaintiff's Request

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on _____, _____, 2018 at 9:30 a.m. or as soon thereafter as counsel may be heard by the above-entitled District Court located at 312 North Spring Street, Los Angeles, California, the Plaintiff Jairo Sequeira ("Mr. Sequeira") will and thereby does move this Court to strike the following exhibits:

1
PLAINTIFF'S NOTICE OF MOTION TO STRIKE EXHIBITS

a) **Exhibit 1 [Doc. No. 138-3]** attached to the Declaration of Nicholas M. Renzler [Doc. No. 138-2];

b) **Exhibit 6 [Doc. No. 138-6]** attached to the Declaration of Ana Teresa Rizo Briceño [Doc. No. 138-5];

c) **Exhibit 15 [Doc. No. 138-8]** attached to the Declaration of Ana Teresa Rizo Briceño [Doc. No. 138-5];

d) **Exhibit 2 [Doc. No. 138-13]** attached to the Declaration of Aura Lyla Padilla Alvarez [Doc. No. 138-12]

e) **Exhibit 1 [Doc. No. 138-19]** attached to the Declaration of Ivania Fidelia Ochoa Siria [Doc. No. 138-16];

f) **Exhibit 5 [Doc. No. 138-21]** attached to the Declaration of Karlos Navarro [Doc. No. 138-20].

This motion is made following the telephone conference of counsel pursuant to to Local Rule 7-3, which took place on March 26, 2018. This motion is based on this Notice of Motion, the Declaration of Mr. Jairo Sequeira, on the memorandum of points and authorities, the pleadings and papers on file, and upon such matters as may be presented to the Court at the time of the hearing and all prior pleadings and proceedings had herein. This motion is suitable for decision without oral argument.

Dated: April 5, 2018

Respectfully submitted.

BY /s/ 
JAIRO SEQUEIRA
Plaintiff, in Pro Per.

ORIGINAL