JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIRO SEQUEIRA,<br><br>          Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF NICARAGUA, *et al.*,<br><br>          Defendants. | Case No. CV 13-4332-DMG (FFMx)<br><br>**JUDGMENT** |

On February 20, 2015, the Court granted the motion to strike or dismiss for lack of personal jurisdiction filed by Defendants Aminta Elena Granera Sacasa, Manuel Zambrana Bermudez, Santiago Cruz, Francisco Aguilera Ferrufino, and Ali Boanerge Espinoza Juarez. On August 24, 2018, the Court granted the motion to dismiss for lack of subject matter jurisdiction filed by Defendants the Republic of Nicaragua, the City of Chinandega, and the City of El Viejo.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED** without prejudice for lack of jurisdiction.

DATED: August 24, 2018

                                                DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE